IN THE UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| _____ | : | |
| | : | Chapter 11 |
| In re: | : | |
| Hill Investments LLC | : | Case No. 25-14916 DJB |
| | : | |
| Debtor | : | |
| _____ | : | |

ORDER

**AND NOW**, this 3rd day of December 2025 upon consideration of Debtors' Application for Individuals to Pay Filing Fees in Installments [Dkt. No. 6] it is hereby **ORDERED** that the application is **DENIED**.

Non-Individual debtors do not have authority to pay filing fees in installments. Fees must be paid in full by December 12, 2025, or this case will be dismissed.

_____
Derek J. Baker
United States Bankruptcy Judge