IN THE UNITED STATES BANKRUTPCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| _____ | : | |
|  | : | Chapter 11 |
| In re: | : | |
| Hill Investments LLC | : | Case No. 25-14916 DJB |
|  | : | |
| Debtor | : | |
| _____ | : | |

ORDER

**AND NOW,** this 16th day of December 2025 for reasons stated in the Order dated December 3, 2025 [Dkt. No. 14] it is hereby **ORDERED** that this case is **DISMISSED**.

_____
Derek J. Baker
United States Bankruptcy Judge